**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CGI TECHNOLOGIES AND SOLUTIONS INC., in its capacity as sponsor and fiduciary for CGI Technologies and Solutions, Inc. Welfare Benefit Plan, *Plaintiff-Appellee*, <br><br> v. <br><br> RHONDA ROSE; NELSON LANGER ENGLE PLLC, *Defendants-Appellants*. | No. 11-35127 <br><br> D.C. No. 2:10-cv-00298-RSM |

| | |
|---|---|
| CGI TECHNOLOGIES AND SOLUTIONS INC., in its capacity as sponsor and fiduciary for CGI Technologies and Solutions, Inc. Welfare Benefit Plan, *Plaintiff-Appellant*, <br><br> v. <br><br> RHONDA ROSE; NELSON LANGER ENGLE PLLC, *Defendants-Appellees*. | No. 11-35128 <br><br> D.C. No. 2:10-cv-00298-RSM <br><br><br> ORDER |

On Remand From The United States Supreme Court

Filed August 16, 2013

Before: Mary M. Schroeder and Ronald M. Gould, Circuit Judges, and Ralph R. Beistline, Chief District Judge.[*]

**ORDER**

We vacate the district court's order and remand this case to the district court for further proceedings consistent with *US Airways, Inc. v. McCutchen*, 133 S. Ct. 1537, 569 U.S.___ (2013).

---

[*] The Honorable Ralph R. Beistline, Chief District Judge for the U.S. District Court for the District of Alaska, sitting by designation.